IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-50103
Summary Calendar
_____


ELMO HAROLD LIESMANN,

                                        Plaintiff-Appellant,


                        versus

BOB OWENS, Director; TAMMY McINOCH,
Parole Officer, Dallas County,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. A-95-CV-396
_____
July 9, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]


     Elmo Harold Liesmann, Texas prisoner #390085, appeals the
dismissal of his civil rights suit pursuant to 28 U.S.C. § 1915(d).
Liesmann contends that the requirements of Heck v. Humphrey, 114
S.Ct. 2364 (1994), do not apply to his claims against the
defendants.  We do not agree.  See Jackson v. Vannoy, 49 F.3d 175,

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

177 (5th Cir.), <u>cert. denied</u>, 116 S.Ct. 148 (1995). We have reviewed the record and Liesmann's brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court. <u>Liesmann v. Owens</u>, No. A-95-CV-396 (W.D. Tex. Jan. 2, 1996).

A F F I R M E D.